No. 01–6572. NOSRATI-SHAMLOO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6575. MELENDEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6578. ERICKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6588. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6589. TAPIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–6590. WHALEN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–6596. GUZMAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6597. HERNANDEZ-RAMIREZ, AKA HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6620. BARRIOS-GUTIERREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6621. RAMIREZ-MORALES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6622. GARCIA-HERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6625. SOTO-GARCIA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6626. MCCLAIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6628. EUBANKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–6632. GRAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.